UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L COOKIE GAMBUCCI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT, U.S.A. INC.,<br><br>　　　　Defendant. | Case No. 19-cv-03048-DMR<br><br>**ORDER TO SHOW CAUSE** |

A case management conference ("CMC") was scheduled for September 4, 2019 at 1:30 p.m. in the above-entitled case. No appearance was made on behalf of Plaintiff L. Cookie Gambucci. Therefore, IT IS HEREBY ORDERED that by September 12, 2019, Plaintiff shall submit a statement explaining why this matter should not be dismissed for failure to prosecute. The court will hold an initial CMC on September 18, 2019 at 1:30 p.m. The parties need not submit an updated joint case management statement in advance of the CMC.

**IT IS SO ORDERED.**

Dated: September 5, 2019



_____
Donna M. Ryu
United States Magistrate Judge